NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Derek A. Newman, 190467/derek@newmanlaw.com
John Du Wors, 233913/duwors@newmanlaw.com
Derek Linke, ProHac to be filed/linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800

ATTORNEYS FOR  ESSOCIATE, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br>LEAPLAB CORPORATION, a Nevada corporation; FLYING CHANGE, INC., an Arizona corporation; DIRECT ROI, L.L.C., an Arizona limited liability company; JEFFREY PETERSON, a Nevada resident; and JOHN AYERS, an Arizona resident, Defendant(s) | CASE NUMBER:<br><br>**SACV12-444 CJC(RNBx)**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ESSOCIATE, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

|            PARTY            |            CONNECTION            |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| LEAPLAB CORPORATION, a Nevada corporation | Defendant |
| FLYING CHANGE, INC., an Arizona corporation | Defendant |
| DIRECT ROI, L.L.C., an Arizona limited liability company | Defendant |
| JEFFREY PETERSON, a Nevada resident | Defendant |
| JOHN AYERS, an Arizona resident | Defendant |
| ESSOCIATE, INC., a Delaware corporation | Plaintiff |

March 21/2012

Date

Sign

John Du Wors, 233913

Attorney of record for or party appearing in pro per